IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KENNETH ALONZO SALLEN,
    Plaintiff,

vs.                                    1:03-CV-125(WLS)

STEVE UPTON, Warden; *et al.*,
    Defendants.

### O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #31), filed July 21, 2005. It is recommended that Defendants' Motion for Summary Judgment be granted and that Plaintiff's complaint be dismissed against all defendants in this action. No objection has been filed.

Upon full review and consideration, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court for reason of the findings made and reasons set out therein. Accordingly, Defendants motion for summary judgment is GRANTED and this complaint is DISMISSED against all Defendants.

SO ORDERED, this 19th day of September, 2005.

W. Louis Sands, Chief Judge
United States District Court